**Order filed January 10, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00370-CV
_____

## IN RE TANGSHAN CHENYANG SPORTS EQUIPMENT CO. LTD., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-50841**

---

## ORDER

On May 26, 2022, relator Tangshan Chenyang Sports Equipment Co., Ltd. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asks this court to compel the Honorable Scott Dollinger to vacate his May 2, 2022 order granting the motion to compel discovery responses in connection with relator's special appearance.

Because Judge Dollinger ceased to hold the office of Judge of the 189th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Tamika Craft, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008)

(orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 9, 2023,** to permit Judge Craft to consider the order underlying relator's request for relief. On or before that date, Judge Craft shall advise the court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.